UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ESTELA TREJO LUGO,

        Plaintiff,                  CASE NO.: 8:16-CV-2145-T-23JSS

v.

CAL-MAINE FOODS, INC., et al.,

    Defendants.
_____/

## NOTICE OF NEGOTIATED RESOLUTION

    Defendant, Cal-Maine Foods, Inc., hereby notifies the Court that the parties have reached a negotiated resolution of this matter.

                              Respectfully submitted,

                              /s/ Shane T. Muñoz
                              Shane T. Muñoz
                              Florida Bar No. 0067024
                              smunoz@fordharrison.com

                              FORDHARRISON LLP
                              101 E. Kennedy Boulevard, Suite 900
                              Tampa, Florida  33602-5133
                              Telephone:  (813) 261-7800
                              Facsimile:   (813) 261-7899

                              Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 29, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

CARLOS J. BURRUEZO, ESQ.
carlos@burruezolaw.com
docketing@burruezolaw.com
BERTHA L. BURRUEZO, ESQ.
bertha@burruezolaw.com
941 Lake Baldwin Lane, Suite 102
Orlando, Florida 32814

                                                      Shane T. Muñoz
                                                     Attorney

WSACTIVELLP:8910992.1