UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ESTELA TREJO LUJO,

    Plaintiff,

v.                                                                            CASE NO. 8:16-cv-2145-T-23JSS

CAL-MAINE FOODS, INC., et al.,

    Defendants.
_____/

**ORDER**

    The defendant announces (Doc. 25) a settlement of this action. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. If the parties seek to dismiss the claim with prejudice, the proposed settlement must accompany the stipulated dismissal. *See generally Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) (requiring approval of an FLSA settlement). The clerk is directed to close the case.

    ORDERED in Tampa, Florida, on December 30, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE